CORNELIUS J. RYAN, Respondent, *v.* SILAS W. COCHRAN, Appellant.

(Argued November 20, 1882; decided December 15, 1882.)

DECIDED on the facts.

*Lewis Sanders* for appellant.

*Eugene Smith* for respondent.

*Per Curiam.* Opinion for affirmance.
All concur, except TRACY, J., absent.
Judgment affirmed.